JS - 6

LINK: 21

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE CO., | Case No. CV 09-00433 GAF (FFMx) |
| Plaintiff, | |
| vs. | |
| BODEE, LLC and JOSEF SALOMON, | JUDGMENT |
| ~~Defendants.~~ | |

The Court, having entered summary judgment on May 19, 2009 in favor of plaintiff Evanston Insurance Co. ("Evanston") on all four declaratory relief claims brought by Evanston against defendants Bodee, LLC ("Bodee") and Josef Salomon, and having granted without leave to amend Evanston's motion to dismiss Bodee's counterclaim for breach of the implied covenant of good faith and fair dealing,

Judgment is hereby entered in favor of Evanston on all claims and counterclaims at issue in this case in accordance with the Court's May 19, 2009 Memorandum & Order.

**IT IS SO ORDERED.**

DATED: May 20 2009

_____
Judge Gary Allen Feess
United States District Court